UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROY PEARSON                                                                                      PLAINTIFF

v.                                                            Civil Action No. 1:06CV321-SA-JAD

CITY OF LOUISVILLE                                                                      DEFENDANT

### ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [46] is MOOT;

(2) The Defendant's Amended Motion for Summary Judgment [58] is hereby GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the  4th  day of November, 2008.

       /s/ Sharion Aycock
       U.S. DISTRICT JUDGE